UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
DEC 05 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PAUL SCHILF and CYNTHIA SCHILF, as special administrators for the Estate of Peter Raymond Schilf, Deceased; and PAUL SCHILF and CYNTHIA SCHILF, Individually, | * * * * * * | CIV 07-4015 |
| Plaintiffs, | * * | |
| vs. | * * | ORDER |
| ELI LILLY AND COMPANY and QUINTILES TRANSNATIONAL CORPORATION, | * * * * | |
| Defendants.. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The parties have presented a Stipulated Motion for Protective Order for the protection of confidential information in this action. No basis is established to show why certain documents and other information should be sealed and not subject to public inspection. There are circumstances under which information should be sealed but the Court must be presented with a factual basis as well as a legal basis for consideration before ordering that any filed information be closed to public inspection.

Dated this 5th day of December, 2007.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Shelly Margulies
     DEPUTY