UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
OCT 13 2010

******************************************************************

| | | |
|---|---|---|
| PAUL SCHILF and CYNTHIA SCHILF, as special administrators for the Estate of Peter Raymond Schilf, Deceased; and PAUL SCHILF and CYNTHIA SCHILF, Individually, | * * * * * * | CIV 07-4015 |
| Plaintiffs, vs. | * * * | ORDER |
| ELI LILLY AND COMPANY and QUINTILES TRANSNATIONAL CORPORATION, | * * * | |
| Defendants. | * | |

******************************************************************

Pending before the Court is Defendants' Motion to Seal Their Motion, and Memorandum in Support, to Exclude Evidence Relating to Clinical Trial Subject F1J-LC-HMCG-084-0024, Doc. 271. After consideration of the Motion, together with the file in this matter,

IT IS ORDERED:

1. That Defendants' Motion to Seal Their Motion, and Memorandum in Support, to Exclude Evidence Relating to Clinical Trial Subject F1J-LC-HMCG-084-0024, Doc. 271, is granted.

2. That Defendant Eli Lilly and Company's Motion to Exclude Evidence Relating to Clinical Trial Subject F1J-LC-HMCG-084-0024, and Defendants' Memorandum in Support of their Motion to Exclude Evidence shall be filed under seal until further Order of the Court.

Dated this 13th day of October, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY